UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JERRY W. LEE, TRUSTEE, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CAUSE NO: 1:05-CV-1292-JDT-TAB ) |
| LMS CONTRACTING, INC., | ) ) |
| Defendant. | ) |

**ORDER ON PRELIMINARY INJUNCTION**

This matter is before the Court on the Motion for Preliminary Injunction as filed by Plaintiffs, which Motion is in the following words and phrases, to-wit:

(H.I.)

And the Court, being duly advised in the premises, and having made certain findings of fact and conclusions of law as to the Motion, which it files herewith, hereby GRANTS said Motion.

IT IS HEREBY ORDERED that LMS Contracting, Inc., is PRELIMINARILY ENJOINED as follows:

Defendant LMS Contracting, Inc., its agents, servants, employees, and all persons in active counsel and in participation with it, are preliminarily enjoined from failing and/or refusing to make timely payment of monies due Plaintiff Funds on behalf of all of Defendant's employees for whom contributions are required under the aforementioned collective bargaining agreements, beginning with the contributions for work performed in the month of September, 2005.  All future contributions will be paid

on or before their due date on the basis specified in any collective bargaining agreement between Laborers' International Union, Indiana District Council, and the Defendant.

Dated this  18th  day of   October  , 2005.

_____
John Daniel Tinder, Judge
United States District Court

Copies To:

Frederick W. Dennerline, III
E-mail: fdennerline@fdgtlaborlaw.com

Wilmer E. Goering, II
E-mail: goering@eaglaw.com


p/655/jlb